IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LYNDA JOHNSON,

    Plaintiff,

v.   CASE NO. 1:04-cv-00044-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 18, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed.  Objections to Report and Recommendation were due by 9/9/2005, but none were filed.  The Court agrees that substantial medical evidence in the record supported the decision of the Administrative Law Judge to conclude that plaintiff did not suffer from severe depression prior to March 1, 1999.  The Administrative Law Judge did not err in choosing to give greater weight to the reports of the treating physicians rather than the one-time examining physician.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner is AFFIRMED, this action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *22nd*  day of September, 2005



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge